UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**WAYNE HOWARD MASTERS,**
Reg. #20662-009                                                                                                    **PLAINTIFF**

V.                                         2:18CV00003 JM/JTR

**KEN HYDE, Acting Assistant Director, et al.**                                              **DEFENDANTS**

# ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Complaint is DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted.

2. Dismissal is a "STRIKE," pursuant to 28 U.S.C. § 1915(g).

3. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 7th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE